26cr153 NEB/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) PIERRE RASHEEM FIELDS,<br><br>(2) JERMAINE YOUNG, a/k/a "Auto," and<br><br>(3) RAY ERIC BRASSON, a/k/a "Ray Ray,"<br><br>Defendants. | **INDICTMENT**<br><br>18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 846<br>21 U.S.C. § 853(a)(1)<br>21 U.S.C. § 853(a)(2)<br>21 U.S.C. § 853(p) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Conspiracy to Distribute Fentanyl)

Beginning on or about April 7, 2026, and continuing through on or about August 11, 2026, in the State and District of Minnesota, the defendants,

**PIERRE RASHEEM FIELDS,**
**JERMAINE YOUNG, a/k/a "Auto,"**
and
**RAY ERIC BRASSON, a/k/a "Ray Ray,"**

did knowingly and intentionally conspire with each other, and others known and unknown to the grand jury, to distribute a controlled substance, specifically, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

SCANNED
SEP 02 2026
U.S. DISTRICT COURT MPLS

propanamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

**COUNT 2**
(Distribution of Fentanyl)

On or about April 16, 2026, in the State and District of Minnesota, the defendant,

**JERMAINE YOUNG, a/k/a "Auto,"**

did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**COUNT 3**
(Distribution of Fentanyl)

On or about June 17, 2026, in the State and District of Minnesota, the defendants,

**PIERRE RASHEEM FIELDS**,
and
**JERMAINE YOUNG, a/k/a "Auto,"**

aiding and abetting each other, did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

(commonly called "fentanyl"), a controlled substance, all in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**COUNT 4**
(Distribution of Fentanyl)

On or about July 9, 2026, in the State and District of Minnesota, the defendant,

**PIERRE RASHEEM FIELDS**,

did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**COUNT 5**
(Distribution of Fentanyl)

On or about August 4, 2026, in the State and District of Minnesota, the defendants,

**JERMAINE YOUNG, a/k/a "Auto**,"
and
**RAY ERIC BRASSON, a/k/a "Ray Ray,"**

aiding and abetting each other, did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

(commonly called "fentanyl"), a controlled substance, all in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**COUNT 6**
(Distribution of Fentanyl)

On or about August 11, 2026, in the State and District of Minnesota, the defendant,

**RAY ERIC BRASSON, a/k/a "Ray Ray,"**

did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, all in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**FORFEITURE ALLEGATIONS**

Counts 1 through 6 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted of Counts 1, 3, or 4 of the Indictment, the defendant **PIERRE RASHEEM FIELDS** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as

the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation.

If any of the above-described forfeited property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of Counts 1, 2, 3, or 5 of the Indictment, the defendant **JERMAINE YOUNG, a/k/a "Auto,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation.

If any of the above-described forfeited property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of Counts 1, 5, or 6 of the Indictment, the defendant **RAY ERIC BRASSON, a/k/a "Ray Ray,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended

to be used, in any manner or part, to commit, or to facilitate the commission of, said violation.

If any of the above-described forfeited property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON